# United States Court of Appeals
### For the Eighth Circuit

_____

No. 17-1665

_____

Manuel Ordaz-Flores

*Petitioner*

v.

Jefferson B. Sessions, III, Attorney General of the United States

*Respondent*

_____

Petition for Review of an Order of the
Board of Immigration Appeals

_____

Submitted: February 20, 2018
Filed: March 5, 2017
[Unpublished]

_____

Before LOKEN, KELLY, and ERICKSON, Circuit Judges.

_____

PER CURIAM.

Manuel Ordaz-Flores, a citizen of Mexico, petitions for review of an order of the Board of Immigration Appeals upholding an immigration judge's (IJ's) decision to deny his application for cancellation of removal on discretionary hardship grounds under 8 U.S.C. § 1229b(b)(1).  After careful review, we conclude that the IJ used the proper standard in denying relief, and thus that Ordaz-Flores has not raised a

cognizable challenge to the decision below.  Accordingly, we lack jurisdiction to review the denial, see Gomez-Perez v. Holder, 569 F.3d 370, 372-73 (8th Cir. 2009), and we dismiss the petition.

_____